UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JEAN CLAUDE LEVY | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-5738 (FSH) |
| | : | |
| UNITED PARCEL SERVICE | : | ADMINISTRATIVE TERMINATION |
| | : | ORDER |
| **Defendant.** | : | |

This matter having come before the United States Magistrate Judge for a conference pursuant to Fed. R. Civ. P. 16 on May 4, 2007;

and the plaintiff advising the Court of certain personal circumstances that may interfere with his ability to comply with certain immediate deadlines;

and with the consent of the parties and for the reasons set forth on the record on May 4, 2007;

and for good cause shown,

IT IS ON THIS 9th day of May, 2007

ORDERED that the Clerk shall administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings if the plaintiff submits a letter that asks that the case be reopened.  Said letter shall be submitted no later than **July 30, 2007** and shall also request that the Court convene a Rule 16 conference.  If the plaintiff does not request that the case be reopened on or before **July 30, 2007**, then the case will be dismissed.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.